JOHN J. RADEL, Appellant, *v.* ONE HUNDRED THIRTY-FOUR WEST TWENTY-FIFTH STREET BUILDING CORPORATION, Respondent.

(Submitted November 21, 1928; decided December 7, 1928.)

*David W. Kahn* for appellant.
*Russell H. Kittel* for respondent.

no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.